# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BORJAS, JUAN M | § | Case No. 09-12320 |
| BORJAS, MARTHA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    CLERK OF THE U.S. BANKRUPTCY COURT
                    219 S. DEARBORN STREET
                    CHICAGO, IL 60604
                    Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/11/2010 in Courtroom 140,

                    United States Courthouse
                    Old Kane County Courthouse
                    100 S. Third Street, Geveva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Thomas E. Springer /s/_____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BORJAS, JUAN M § Case No. 09-12320
BORJAS, MARTHA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,400.20 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 1,400.20 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 350.05 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,387.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *1* | *Asset Acceptance LLC* | $ 5,161.05 | $ 848.48 |
| *2* | *Asset Acceptance LLC* | $ 622.51 | $ 102.34 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Cavalry Portfolio Services LLC | $ 604.20 | $ 99.33 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Thomas E. Springer /s/

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 1          Date Rcvd: Feb 16, 2010
Case: 09-12320                Form ID: pdf006             Total Noticed: 18

The following entities were noticed by first class mail on Feb 18, 2010.
db/jdb       +Juan M Borjas,   Martha Borjas,   706 Commonwealth Avenue,   Aurora, IL 60506-3669
aty          +Jay L Dahl,   Law Offices of Jay L. Dahl LTD.,   P. O. Box 187,   Geneva, IL 60134-0187
tr           +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
13756126     +Amer Gen Fin,   3632 West 95th Str,   Evergreen Park, IL 60805-2106
13756127     +Arrow Fincl,   8589 Aero Drive,   San Diego, CA 92123-1722
13756129     +Blitt & Gaines, P.C.,   661 Glenn Avenue,   Wheeling, IL 60090-6017
13756130     +Cavalry Portfolio Services LLC,   assignee British Petroleum,   7 Skyline Dr Third Flr,
               Hawthorne, NY 10532-2156
13756131     +Freeman Anselmo Lindberg & Rappe,   1807 W. Diehl Road, Suite 333,   PO Box 3228,
               Naperville, IL 60566-3228
13756132     +Gary R. Underwood,   515 Olive Street, Suite 800,   Saint Louis, MO 63101-1835
13756133     +Hsbc/Bstby,   Pob 15521,   Wilmington, DE 19850-5521
13756134      Internal Revenue Service,   Centralized Insolvency Operations,   P.O. Box 21126,
               Philadelphia, PA 19114
13756135     +J. Scott Winston,   25 E. Washington Suite 500,   Chicago, IL 60602-1703
13756136     +Midland Cred,   8875 Aero Dr,   San Diego, CA 92123-2251
13756137     +Sstcigpfcorp,   4315 Pickett Road,   Saint Joseph, MO 64503-1600
13756138     +Target N.B.,   Po Box 673,   Minneapolis, MN 55440-0673
13756139     +Wlsfgr Hmmtg,   7255 Baymeadows Wa,   Jacksonville, FL 32256-6851
The following entities were noticed by electronic transmission on Feb 16, 2010.
13756128     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Accept,   Po Box 2036,
               Warren, MI 48090-2036
14239627     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
               Po Box 2036,   Warren MI 48090-2036
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 18, 2010**                    **Signature:** _Joseph Speetjens_